

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

2025 SEP 29 P 2: 01

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **CHELSEA K. MANDEVILLE,** | ) |
| *Plaintiff,* | ) |
| v. | ) Civil complaint no:_____ |
| **LAKELAND CEMETERY SERVICES, INC.,** | ) |
| and | ) |
| **STONEMOR INC. d/b/a EVERSTORY PARTNERS,** | ) |
| *Defendants.* | ) |

September 23, 2025

---

## 1. COMPLAINT AND DEMAND FOR JURY TRIAL

---

Plaintiff Chelsea K. Mandeville, appearing pro se, respectfully submits this Complaint against Defendants Lakeland Cemetery Services, Inc. ("Lakeland") and StoneMor Inc. d/b/a Everstory Partners ("Everstory"), and states as follows:

## I. INTRODUCTION

1. This is a civil action for damages and injunctive relief to remedy a pattern of unlawful sex discrimination, unequal pay, disability discrimination, and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq.; and the Equal Pay Act of 1963, 29 U.S.C. § 206(d). Plaintiff also asserts Alabama tort claims for hostile work environment, intentional infliction of emotional distress (outrage), civil conspiracy, defamation, and invasion of privacy.

## II. PARTIES

2. Plaintiff Chelsea K. Mandeville is an adult resident citizen of Anniston, Calhoun County, Alabama.

3. Defendant Lakeland Cemetery Services, Inc. is a Wisconsin corporation operating in Alabama. At all relevant times, Lakeland was Plaintiff's employer.



4. Defendant StoneMor Inc. d/b/a Everstory Partners owned and controlled the premises where Plaintiff worked and exercised significant and pervasive control over Plaintiff's working conditions, constituting a joint employer.

### III. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331. Supplemental jurisdiction over state law claims is proper under 28 U.S.C. § 1367.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because the acts and omissions giving rise to the claims occurred in this District.

### IV. ADMINISTRATIVE EXHAUSTION

7. Plaintiff has satisfied all administrative prerequisites. She filed timely EEOC Charges and received Right to Sue letters, as follows:

3

- Charge No. 420-2023-02996 (Filed October 27, 2023)

- Charge No. 420-2024-00640 (Filed April 29, 2024)

- Charge No. 420-2025-00032 (Filed March 17, 2025)

8. This Complaint is timely filed within 90 days of receipt of each respective Right to Sue.

## V. FACTUAL ALLEGATIONS

9. Plaintiff was hired in June 2021 by Lakeland as a Mower and Landscaper. She was restricted to a 32-hour "trial period" work week not imposed on male employees. Her performance was consistently satisfactory and she received raises from $11.50/hr to $18.00/hr over time.

10. On March 24, 2023, Plaintiff disclosed her disability (Systemic Lupus) to CEO Craig Haupt and Supervisor Jeff Simpson, requesting benefits and reasonable accommodations.

11. In April 2023, Plaintiff requested a sun canopy to accommodate her medical condition. The canopy was initially granted.

12. On May 4 and 8, 2023, Plaintiff received written discipline for absences related to her medical condition, in contradiction of her accommodation.

13. In June 2023, a male coworker damaged the sun canopy. Plaintiff requested warranty repair. She was then issued additional write-ups shortly after.

14. In July 2023, a male coworker received paid medical leave and a raise. Plaintiff was denied the same for her medical leave request.

15. In August 2023, Plaintiff was written up three times during pre-approved vacation.

16. On October 13–16, 2023, Plaintiff filed an ACA retaliation complaint after learning her healthcare had been terminated retroactively.

17. On October 27, 2023, Plaintiff filed her first EEOC charge.

18. On November 9, 2023, Lakeland withdrew Plaintiff's entire paycheck from her bank account, without notice, leaving her overdrawn during a holiday weekend.

19. On August 8, 2024, Plaintiff's longstanding accommodation of flexible hours was revoked at the direct request of Everstory managers Rachel Davenport and Gary Crowe.

20. On September 1, 2024, Plaintiff transferred work locations due to escalating hostility, surveillance, and workplace targeting. The harassment continued at the new site.

21. On October 31, 2024, Plaintiff engaged in protected activity by displaying a whiteboard explaining federal anti-retaliation laws.

22. On November 1, 2024, Plaintiff was terminated by Lakeland. The letter cited Everstory's rescission of permission to be on their property.

## VI. LEGAL CLAIMS

### COUNT I – SEX DISCRIMINATION (Title VII)

(Against Lakeland)

23. Defendants discriminated against Plaintiff by imposing disparate work conditions due to her sex.

**COUNT II – UNEQUAL PAY (Equal Pay Act)**

**(Against Lakeland)**

24. Plaintiff was paid less than male coworkers for substantially equal work.

**COUNT III – DISABILITY DISCRIMINATION (ADA)**

**(Against Lakeland and Everstory)**

25. Plaintiff is a qualified individual with a disability. Defendants revoked accommodations and created a hostile environment.

**COUNT IV – RETALIATION (Title VII and ADA)**

**(Against Lakeland and Everstory)**

26. Defendants retaliated against Plaintiff after she engaged in protected activity including accommodation requests, EEOC charges, and healthcare complaints.

**COUNT V – HOSTILE WORK ENVIRONMENT (Alabama Common Law)**

27. Plaintiff was subjected to surveillance, public shaming, false rumors, and retaliatory write-ups which made her working conditions intolerable.

**COUNT VI – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Document 2:

Request to Proceed
in Forma Pauperis

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 420-2025-00032 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mrs. Chelsea K. Mandeville

Phone No.: 256-525-5932
Year of Birth: 1996
Mailing Address: 400 W Blue Mountain Rd
ANNISTON, AL 36201

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Everstory Partners
No. Employees, Members: 101 - 200 Employees
Phone No.: (407) 379-5700
Mailing Address: 955 Keller Road Suite 1500
Altamonte Springs, FL 32714, UNITED STATES OF AMERICA
Name: Lakeland Cemetery Services
No. Employees, Members: 101 - 200 Employees
Phone No.:
Mailing Address: 1195 Flightway Drive
De Pere, WI 54115, UNITED STATES OF AMERICA

DISCRIMINATION BASED ON:

Disability, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 08/01/2024
Latest: 11/01/2024

THE PARTICULARS ARE:

I am a member of a protected group due to my engagement in a protected activity. In October 2023, I filed a charge of discrimination (420-2023-02996) for retaliation. In April 2024, I filed a second charge of discrimination (420-2024-00640) for retaliation. Both charges are currently under investigation.

Around August 8, 2024, the employer rescinded my reasonable accommodation that had been in effect since approximately 2022. Due to ongoing hostilities at work from the previously filed charges, my employer offered, and I accepted, a transfer to another location that was contracted by the Respondent. The hostilities continued at the new location, and I was not granted the same working hours that were agreed upon prior to the transfer. On November 1, 2024, I was terminated by my employer. Gary Crow (Male) was Regional Supervisor, Rachel Logan (Female) was General Manager, and Harold McClellan (Male) was Site Manager. All three are employed by the Respondent.

I believe I have been retaliated against for participating in a protected activity, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mrs. Chelsea K. Mandeville

03/11/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name _____

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Birmingham District Office**

Ridge Park Place
1130 22ⁿᵈ Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: June 25, 2025

**To:** Mrs. Chelsea K. Mandeville
400 W Blue Mountain Road
Anniston, AL 36201

Charge No: 420-2025-00032

EEOC Representative and email:    CORTICE MILES
Federal Investigator
cortice.miles@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 420-2025-00032.

On behalf of the Commission,

---

/for Bradley A. Anderson
District Director

Cc:
Scott Ahrendt
Everstory Partners
955 Keller Road Suite 1500
Altamonte Springs, FL 32714


Please retain this notice for your records.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **420-2024-00640** |
| | | and EEOC |

_State or local Agency, if any_

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Chelsea K. Mandeville | 256-525-5932 | 1996 |

Street Address

400 W Blue Mountain Rd

ANNISTON, AL 36201

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Lakeland Cemetery Services | 15 - 100 Employees | (920) 336-1801 |

Street Address

1195 FLIGHTWAY DR

DE PERE, WI 54115

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability, Equal Pay, Retaliation | 11/01/2023 | 04/22/2024 |
| | Continuing Action | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a member of a protected group (sex: Female), (Disabled), and I was engaged in protected activity. I was hired by the abovenamed employer in June 2021 as a Mower and Landscaper. I could perform the essential functions of my job, with or without accommodations. My direct supervisor is Patrick Cullen (Caucasian male), Crew Leader. Jeffrey Simpson (Caucasian male) is my Regional Supervisor. Craig Haupt (Caucasian male) is the Chief Executive Officer.

On October 27, 2023, I filed a charge of discrimination with the EEOC against my employer. I also received my biweekly pay the same day. On or about November 9, 2023, Haupt withdrew my previously deposited biweekly pay, and attempted to withdraw my biweekly pay due to be deposited. Haupt had no reason to conduct such actions. These transactions caused my checking account to show a negative balance and occurred over a holiday weekend. In December 2023, Haupt refused my request to use approximately five days of paid medical leave for me and my husband's

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mrs. Chelsea K. Mandeville** 04/29/2024 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | . |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **420-2024-00640** |
| | | and EEOC |

*State or local Agency, if any*

disabilities. In contrast, Justin Gaddison (male coworker) was approved for approximately one month of paid medical leave due to his disability. I believe Haupt's actions were done to harass me and cause me financial distress due to my charge against them with the EEOC.

I believe I have been retaliated against for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act of 1990, as amended, and the Equal Pay Act of 1963, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mrs. Chelsea K. Mandeville** | |
| **04/29/2024** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Birmingham District Office**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: June 25, 2025

**To:** Mrs. Chelsea K. Mandeville
400 W Blue Mountain Road
Anniston, AL 36201

Charge No: 420-2024-00640

EEOC Representative and email:   CORTICE MILES
Federal Investigator
cortice.miles@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 420-2024-00640.

On behalf of the Commission,

/for Bradley A. Anderson
District Director

**Cc:**
Megan Huizinga
Knowles & Sullivan LLC.
413 Broad St
Gadsden, AL 35901

Please retain this notice for your records.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **420-2023-02996** |
| | | and EEOC |

State or local Agency, if any

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Chelsea K. Mandeville | 256-525-5932 | |

Street Address

400 W Blue Mountain Rd

ANNISTON, AL 36201

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Lakeland Cemetery Services | 15 - 100 Employees | |

Street Address

1195 FLIGHTWAY DR

DE PERE, WI 54115

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability, Equal Pay, Sex | 03/20/2023 | 10/26/2023 |
| | Continuing Action | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a member of a protected group (sex: Female) and (Disabled). I was hired by the abovenamed employer in June 2021 as a Mower and Landscaper. My direct supervisor is Patrick Cullen, Crew Leader.

I am the only female hired by my employer for this position since 2021. I was hired to work a 32-hour work week. My male comparators were hired to work a full 40-hour work week. I was advised by Jeffery Simpson, Regional Supervisor, that my lesser hours were to see if I could handle the requirements of the job. My male comparators were not subjected to this term and condition.

In March 2023, I engaged in a protected activity when I disclosed my disability to Simpson and Craig Haupt, CEO. I requested to enroll in employer provided healthcare and was delayed in doing so by my employer. My employer did provide coverage; however, made the coverage too expensive

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mrs. Chelsea K. Mandeville** 10/27/2023 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 420-2023-02996 |

|  |  | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

for me to maintain. I further engaged in a protected activity in September 2023. I addressed my concerns to my employer about disciplinary actions taken against me, and not against my male comparators for similar issues.

I believe I have been discriminated against because of my protected group (sex: Female) and (Disabled), and retaliated against for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act of 1990, as amended, and the Equal Pay Act of 1963, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct. **Digitally Signed By: Mrs. Chelsea K. Mandeville** **10/27/2023** | |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Birmingham District Office**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: June 25, 2025

**To:** Mrs. Chelsea K. Mandeville
400.W Blue Mountain Road
Anniston, AL 36201

Charge No: 420-2023-02996

EEOC Representative and email:   CORTICE MILES
Federal Investigator
cortice.miles@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 420-2023-02996.

On behalf of the Commission,

---

/for Bradley A. Anderson
District Director

**Cc:**
Megan Huizinga
Knowles & Sullivan LLC.
413 Broad St
Gadsden, AL 35901


Please retain this notice for your records.

─────────── Monday, Jun 23, 2025 ───────────

**456**

IMPORTANT: Your T-Mobile bill is past due. Pay now or set up a Payment Arrangement at t-mo.co/pay to avoid service interruption & $20 restore fee per line. CA Debt Collector Lic. #11141-99

9:41 AM

Read

─────────── Tuesday, Jun 24, 2025 ───────────

**456**

T-Mobile Msg: T-Mobile: IMPORTANT–Your T-Mobile monthly service has been suspended. You will not be able to make calls, send text messages, or access data until you pay your past due balance and a $20 per line restore fee. Pay now or set up a payment arrangement at t-mo.co/pay21 California Debt Collection Lic. No.: 11141-99

9:20 AM

Read

─────────── Friday, Jun 27, 2025 ───────────

**456**

Your account has been restored. For details view the Account Events section on my.t-mobile.com.

11:28 AM

Read

Chelsea Manderville
400 W. Blue Mountain Rd.
Anniston, Al
36201



FREEDOM FREEDOM FREEDOM FREEDOM

Birmingham AL 350-351
GRI 26 SEP 2025

Hugo L Black
UNITED STATES
Northern District Court
of
Northeastern Alabama

1729 5th Ave. North
Birmingham, AL
35203