# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHELSEA K. MANDEVILLE,** | } |
| Plaintiff, | } |
| v. | } Case No.: 1:25-cv-01667-RDP |
| **LAKELAND CEMETERY SERVICES, INC., et al.,** | } |
| Defendants. | } |

## ORDER

This matter is before the court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. # 2) and Motion for Equitable Tolling (Doc. # 3). As the court finds that Plaintiff is indigent, the Motion for Leave to Proceed *In Forma Pauperis* (Doc.# 2) is **GRANTED**. The Clerk is **DIRECTED** to file this action without prepayment of a fee. Plaintiff is **DIRECTED** to serve the complaint on Defendants in accordance with the provisions of Federal Rule of Civil Procedure 4.

The court declines to rule now on the Motion for Equitable Tolling (Doc. # 3). Once Defendants have appeared, the issue may be addressed, and the Motion may be re-filed. The Motion for Equitable Tolling is **ADMINISTRATIVELY TERMINATED**.

The Clerk of the Court is **DIRECTED** to forward a copy of this Order to Plaintiff at her address of record.

**DONE** and **ORDERED** this October 6, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE