FILED
2025 Nov-21 PM 03:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Chelsea K. Mandeville | **COURT CASE NUMBER** 1:25-cv-01667-RDP |
| **DEFENDANT** Lakeland Cemetery Services, Inc. et al | **TYPE OF PROCESS** s/c |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lakeland Cemetery Services, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1195 Flightway Dr. De Pere, WI 54115

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Chelsea K. Mandeville
400 W. Blue Mountain Road
Anniston, AL 36201

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Returned to the
NOV 21 2025
Clerk's Office

NOV 4 2025 AM 9:49
RECEIVED USMS NDAL

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
GREER M. LYNCH, CLERK
TELEPHONE NUMBER: 205-278-1700
DATE: 11/3/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. DJ1
District to Serve No. D89
Signature of Authorized USMS Deputy or Clerk
Date: 11/4/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
CRAIG HAUPT   OWNER

Date: 11/21/2025
Time: 8:55 ☒ am ☐ pm

Address (complete only different than shown above):
KWIK TRIP
1101 GERTRUDE ST
KAUKAUNA, WI 54130

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

SERVED IN PERSON
42 MILES ROUND TRIP @ .70/MILE = $29.40
1 DUSM @ $65.00

Form USM-285
Rev. 03/21