IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHELSEA K. MANDEVILLE,**  **Plaintiff,**  v.  **LAKELAND CEMETERY SERVICES, INC. and STONEMOR, INC. d/b/a EVERSTORY PARTNERS**  **Defendants.** | **CIVIL ACTION NO.: 1:25-cv-01667-RDP** |

**MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT STONEMOR, INC. d/b/a EVERSTORY PARTNERS TO ANSWER OR OTHERWISE RESPOND PLAINTIFF'S COMPLAINT**

**COMES NOW** Defendant, Stonemor, Inc. d/b/a Everstory Partners, (hereinafter "Everstory" or "Defendant"), and hereby move this Court for a fourteen (14) day extension of time up through and including December 9, 2025, to answer, or otherwise respond, to Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Plaintiff filed her Complaint on September 29, 2025. [Doc. 1].

2. On October 6, 2025, the Court granted Plaintiff's Motion for Leave to Proceed In Forma Pauperis. [Doc. 4].

3. On November 3, 2025, a summons was issued for Defendant and

delivered to USMS for service. [Doc. 5].

4. Defendant was served on November 5, 2025, with the Answer due by November 26, 2025.

5. Attorney Melisa C. Zwilling was retained to represent Defendant on November 24, 2025.

6. The undersigned counsel has yet to have an opportunity to communicate with the Defendant regarding the defense of this case due to the brief nature of representation and current Answer deadline.

7. Further, the upcoming Thanksgiving Holiday has impeded the ability to communicate and develop a defense with the Defendant and an extension will allow counsel and defendant to avoid such interference.

8. This motion is not being made for the purpose of delay but is made instead in an effort to ensure that Defendants and their counsel have sufficient time to fully answer or otherwise respond to Plaintiff's Complaint.

9. Defendants respectfully submit that the foregoing circumstances constitute good cause and warrant granting the extension requested.

WHEREFORE, Defendant, Stonemor, Inc. d/b/a Everstory Partners, respectfully request that the Court grant this motion and enlarge the time within which they may answer, or otherwise respond, to Plaintiff's Complaint up through and including December 9, 2025.

Respectfully submitted this, the 25th day of November 2025,

                                              */s/ Melisa C. Zwilling*
                                              **Melisa C. Zwilling (asb-5026-r71m)**
                                              **Tristan C. Sulser (asb-4336-i76k)**
                                              *Attorneys for Defendant*

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, AL 35216
Telephone: (205) 822-2006
Fax: (205) 822-2057
mzwilling@carrallison.com
tsulser@carrallison.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 25th day of November 2025, the foregoing document was electronically filed with the Clerk of this Court and served upon the following using the CM/ECF system:

Chelsea K. Mandeville
Street Address Redacted
Birmingham, AL 35203
*Pro Se*

                                              */s/Melisa C. Zwilling*
                                              OF COUNSEL