# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHELSEA K. MANDEVILLE,** | |
|     Plaintiff, | |
| v. | **CIVIL ACTION NO.:** |
| **LAKELAND CEMETERY SERVICES, INC. and STONEMOR INC. d/b/a EVERSTORY PARTNERS,** | **1:25-cv-01667-RDP** |
|     Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant, StoneMor Inc. d/b/a Everstory Partners ("Defendant"), and states as follows:

1. Defendant is the general partner of StoneMor Partners L.P.

2. StoneMor Partners L.P. is the sole member of StoneMor Operating LLC.

Respectfully submitted this, the 11th day of December 2025,

                                          */s/ Melisa C. Zwilling*
                                          **Melisa C. Zwilling (asb-5026-r71m)**
                                          *Attorney for Defendant*

**OF COUNSEL:**
**CARR ALLISON**
100 Vestavia Parkway
Birmingham, AL 35216

Phone: (205) 822-2006
Fax: (205) 822-2057
mzwilling@carrallison.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this, the 11th day of December 2025, the foregoing document was electronically filed with the Clerk of this Court and served upon the following by certified mail:

Chelsea K. Mandeville
Street Address Redacted
Birmingham, AL 35203
*Pro Se*

                                                */s/Melisa C. Zwilling*
                                                OF COUNSEL